UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CALVIN J. PIRTLE,
  Plaintiff,

  v.                   Case No. 07-C-0472

MILWAUKEE COUNTY HOUSE OF CORRECTION and
MILWAUKEE COUNTY JAIL,
  Defendants.

---

CALVIN J. PIRTLE,
  Plaintiff,

  v.                   Case No. 07-C-0473

MILWAUKEE COUNTY HOUSE OF CORRECTION,
  Defendant.

---

CALVIN J. PIRTLE,
  Plaintiff,

  v.                   Case No. 07-C-0474

MILWAUKEE COUNTY HOUSE OF CORRECTION,
MILWAUKEE COUNTY JAIL,
MILWAUKEE COUNTY SHERIFF'S DEPARTMENT
and MILWAUKEE COUNTY,
  Defendants.

---

## ORDER

Plaintiff, Calvin J. Pirtle, lodged three pro se civil rights actions pursuant to 42 U.S.C. § 1983. In each action, he has filed a petition to proceed in forma pauperis. The Prison Litigation Reform Act, 28 U.S.C. § 1915(a)(2), requires the plaintiff to attach to these petitions a certified copy of his prison trust account statement for the preceding six months showing all transactions including deposits, withdrawals and balances. By letter of May 23, 2007, the plaintiff was directed to submit

a copy of his prison trust account statement within thirty days. To date, no trust account statement has been filed.

The court will allow the plaintiff until **July 13, 2007,** to file a certified copy of his prison trust account statement. The plaintiff is hereby advised that, if he fails to file a copy of his prison trust account statement by **July 13, 2007**, this action will be dismissed.

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff shall file a certified copy of his prison trust account statement for the preceding six months, showing all transactions including deposits, withdrawals and balances, by **July 13, 2007.** Failure to file a trust account statement on or before **July 13, 2007**, will result in dismissal of this action.

Dated at Milwaukee, Wisconsin this 26th day of June, 2007.

                                                            s/AARON E. GOODSTEIN
                                                            U.S. Magistrate Judge

2

Case 2:07-cv-00472-AEG   Filed 06/26/07   Page 2 of 2   Document 6