UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                       Case No. 07-C-0472

MILWAUKEE COUNTY HOUSE OF CORRECTION and
MILWAUKEE COUNTY JAIL,
    Defendants.

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                       Case No. 07-C-0473

MILWAUKEE COUNTY HOUSE OF CORRECTION,
    Defendant.

CALVIN J. PIRTLE,
    Plaintiff,

    v.                                       Case No. 07-C-0474

MILWAUKEE COUNTY HOUSE OF CORRECTION,
MILWAUKEE COUNTY JAIL,
MILWAUKEE COUNTY SHERIFF'S DEPARTMENT
and MILWAUKEE COUNTY,
    Defendants.

## DECISION AND ORDER

      Plaintiff, Calvin J. Pirtle, lodged three pro se civil rights actions pursuant to 42 U.S.C. § 1983. By order dated July 18, 2007, the plaintiff was granted an extension of time until August 6, 2007, in which to submit to the court a copy of his prison trust account statement for the proceeding six months, showing all transactions, including deposits, withdrawals and balances. The plaintiff was

advised that failure to file a copy of his prison trust account statement within this time period could result in dismissal of this action for failure to prosecute.

To date, no prison trust account statement has been filed. Based on this, the court infers that the plaintiff no longer wants to prosecute this action. Therefore, each of the above-entitled actions will be **dismissed**. The plaintiff is advised that he may file a motion for reinstatement **within 30 days** if: (1) he offers reasons in support of his failure to timely file a prison trust account statement; and (2) he indicates which actions he wishes to pursue. See Civil L.R. 41.3 (E.D. Wis.).

**NOW, THEREFORE, IT IS ORDERED** that these actions are **DISMISSED.**

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2007.

SO ORDERED.

                                        s/ Rudolph T. Randa
                                        RUDOLPH T. RANDA
                                        Chief Judge