# United States District Court

Eastern District of Wisconsin

JUDGMENT IN A CIVIL CASE

CALVIN J. PIRTLE,
    Plaintiff,

v.                                              Case No. 07-C-0472

MILWAUKEE COUNTY HOUSE OF CORRECTION and
MILWAUKEE COUNTY JAIL,
    Defendants.

[x]    Decision by Court. This action came for consideration before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to Civil L.R. 41.3 (E.D. Wis.) the complaint and this case is DISMISSED.

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

s/ Linda M. Zik
Date: August 15, 2007    (By) Deputy Clerk

Approved this 15th day of August, 2007.

s/ Rudolph T. Randa
RUDOLPH T. RANDA
United States District Judge